*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Dean Benter

(Enter full name of each Plaintiff, above)

vs.

Jay Schmitz, Tonya Duffy, Dan Heidbreder, Jesse M. Smith, Kelly Wimer, Shawn Banet, Jim Shaw, Trey Kelly, Shawn Krebsbech, Barnes County, State of North Dakota

(Enter full name of each Defendant, above)

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☐ Yes ☒ No
(Check one)

## ~~COMPLAINT~~ Claim

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions). Honorable Judge Jay Schmitz, for Barnes County, North Dakota issued a search warrant on Aug 25 for my premises, for imagery of a pornographic nature on Aug 27, 2020 BCI agents Heidbreder, Smith, Wimer, Banet, Shaw, Kelly, & Krebsbech, conducted said search. And illegally seized / confiscated plaintiffs;

SAMPLE COMPLAINT                                1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Dean Benter
106 5o 22nd St SE
Rogers, ND 58479

Barnes County

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Jay Schmitz, Tanya Duffy
230 4th St NW
Valley City, ND 58072

Barnes County

Dan Heidbreder, Jesse M Smith,
Kelly Wimer, Shawn Bonet,
Jim Shaw, Troy Kelly
Shawn Kirsbach,

Bureau Criminal Investigation
P.O. Box 1054
Bismark, ND 58502-1054
Burleigh County

**SAMPLE COMPLAINT**                   2

Claim
~~Complaint~~ 2

- Juvenile Records

- Medical Records

- Legal documents

- Court cases in North Dakota, and other states

- Letters / correspondence from courts

- Letters / correspondence from Plaintiff's Attorney

- Birth Certificate

- Vehicle title

- Money

- And other items not authorized to be searched, or seized. By/under said warrant

- And did damage to Plaintiff's personal affects, and property.

On August 28th, 2020 Plaintiff filed a motion in the Barnes County District Court, to immediately cease, and return the aforesaid mentioned items to him.

Claim
~~Complaint~~ 3

No ruling / decision has been made / entered on Plaintiff's motion / petition yet, to date Oct 5, 2020.

Plaintiff has several pending litigations in Small Claims court, in Barnes County. And filed a motion on Sept 7th, 2020. In all of said small claims cases, ordering each, and every Defendant named herein to produce documents / evidence, ~~that they~~ related to said conciliation court cases; that they seized, and are with holding, Illegally. It should be noted that some of these cases are against the County, ... or employees of Barnes County

- The Courts refused to return said documents

- The courts refused to order Defendants to produce documents at trial.

- The Courts refused to issue subpoenas, requiring these people to appear, and ~~testify~~ testify. (Defendant) Judge Schmitz, was named a party in this, and ordered to return said documents, or testify. And didn't. And still sat on, and ruled in # my small claims cases
- Plaintiff lost some of his Conciliation Court cases; due to not having his exhibits / evidence needed. (Defendant Schmitz presiding ~~slass~~ judge.)

The Court (Barnes County) continued the rest of plaintiff's Conciliation court cases

Claim
~~Complaint~~ Y

For Oct 15, 2020

- The Court still refuses to order Defendants named herein, to return necessary paperwork, exhibits, to Plaintiff

Plaintiff filed a separate lawsuit in Barnes County District Court, against Judge Jay Schmitz, for being biased, and prejudiced.

- Judge Schmitz, is still sitting on, and ruling on Plaintiff's court cases.

- And is still acting judge, on a Criminal case filed against said Plaintiff, as a result of items seized, during search of Plaintiff's residence, on Aug 27, 2020

Tanya Puffy, States Attorney for Barnes County, who is prosecuting plaintiff on criminal charges; also has the power/authority to order law enforcement to return aforesaid mentioned items to said plaintiff, ... As she don't need them as evidence against Plaintiff, in her criminal investigation/proceedings; --- but she won't.

Complaint

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

I thought this is (was) what I just filled out, and answered on page one, under "Complaint".

---

⊛ Goes against Federal Hippa laws, under privacy act.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

I filed a similar complaint in Barnes County small claims court, After got listed items of property sold for being illegally seized / stolen. And Defendant Schultz, dismissed my law suit, as frivolous stating Defendant was law enforcement officer, and could not be sued

against BCI Agents

SAMPLE COMPLAINT                                   3

**VI. RELIEF.** State what you want the Court to do for you.

Seeking monetary, and punitive damages,

order the immediate return of items described in my complaint, plus all other items seized by Defendants

- All legal documents, medical records, juvenile records, etc., are to be returned to me, unaltered, in their orginal formats, without anything being deleted, or missing

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 5th day of October, 2020.

_Dean Berto_
Signature of Plaintiff

_Dean Berto_
Printed Name of Plaintiff

_1005 22nd St. SE_
Mailing Address

_Rosws, ND 58479_
City, State, Zip Code

_____
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                               4

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Dean Bender

**DEFENDANTS**
Schmitz, Duffy, Hudson, Smith, Weimer, Benet, Thew, Kirby, Kimberly, Barnes County, State of North Dakota

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Barnes
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | PERSONAL PROPERTY | LABOR | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | FEDERAL TAX SUITS | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:
Illegal search and seizure of sealed records

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 10,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE Jay Schmitz
Barnes County
DOCKET NUMBER 02-2020-SC-45

DATE Oct 5 2020
SIGNATURE OF ATTORNEY OF RECORD
Dean Bender

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____